UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA MACHADO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. A. LIZARRAGA,<br><br>　　　　Defendant. | No. 2:17-cv-02430 TLN CKD (PS)<br><br><br>ORDER |

Plaintiff, proceeding pro se, has filed an unopposed motion for extension of time to respond to defendant's August 6, 2018 motion to dismiss the First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (ECF Nos. 25 & 26.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time (ECF No. 25) is granted;

2. Plaintiff shall file an opposition or statement of non-opposition to the motion to dismiss no later than October 3, 2018; defendant's reply is due October 10, 2018; and

3. The motion will be set for hearing at the previously-scheduled October 17, 2018 scheduling conference, at which plaintiff will appear telephonically.

Dated: September 5, 2018

　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2/machado2430.eot