UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA MACHADO, | No. 2:17-cv-02430-TLN-CKD PS |
| Plaintiff, | |
| v. | ORDER |
| J.A. LIZARRAGO, | |
| Defendant. | |

Plaintiff, proceeding in this action pro se and in forma pauperis, has requested an extension of the deadline for filing a third amended complaint. (ECF No. 46.)

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 46) is granted and the September 3, 2019 deadline to file a third amended complaint is extended by thirty days to October 3, 2019.

Plaintiff is reminded that failure to file an amended complaint in accordance with this and the court's previous orders will result in a recommendation that this action be dismissed.

Dated: September 9, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

15 machado2430.eot

1