IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JUANITA MACHADO,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**J.A. LIZARRAGA,**<br><br>　　　　　　　　　　Defendant. | 2:17-cv-02430-TLN-CKD (PS)<br><br>**ORDER**<br><br><br>Judge:　　　　The Honorable Carolyn K. Delaney<br>Trial Date:　　Not set<br>Action Filed:　November 17, 2017 |

　　Good cause appearing, Defendants Hymas, Wallace, Bacca, Sherring, Lizarraga, Scheurer, and Navarro's request for an extension of time to file a reply in support of Defendants' motion to dismiss Plaintiff's third amended complaint is GRANTED. Defendants shall serve their reply in support of Defendants' motion to dismiss Plaintiff's third amended complaint on or before April 21, 2020.

April 17, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

17.2430.cont