UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA MACHADO,<br><br>                   Plaintiff,<br><br>          v.<br><br>J.A. LIZARRAGA, et al.,<br><br>                   Defendants. | No. 2:17-cv-02430-TLN-CKD<br><br>**ORDER** |

Plaintiff Juanita Machado ("Plaintiff"), proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 09, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 73.) The time for filing objections has expired, and no party has filed objections to the findings and recommendations.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

1

1     Having reviewed the file under the applicable legal standards, the Court finds the Findings
2 and Recommendations to be supported by the record and by the magistrate judge's analysis.
3     Accordingly, IT IS HEREBY ORDERED that:
4     1. The Findings and Recommendations filed July 09, 2020 (ECF No. 73), are adopted in full;
5     2. Plaintiff's Request for Judicial Notice (ECF No. 66) is GRANTED in part and DENIED in part as set forth in the Findings and Recommendations;
6     3. Defendants' Motion to Dismiss (ECF No. 59) is GRANTED; and
7     4. Plaintiff's claims are DISMISSED with prejudice; and
8     5. The Clerk of the Court is directed to close this case.
9     IT IS SO ORDERED.

DATED: November 2, 2020

                                               Troy L. Nunley
                                               United States District Judge